**IT IS ORDERED as set forth below:**

**Date: June 4, 2018**

_____

**Sage M. Sigler
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | : | CASE NUMBER: |
| | : | |
| **SPRING TREE LENDING, LLC,** | : | **18-55171-SMS** |
| | : | |
| Debtor. | : | CHAPTER 11 |
| _____ | : | |
| | : | |
| **AMERICAN CREDIT ACCEPTANCE, LLC,** | : | |
| | : | |
| Movant, | : | CONTESTED MATTER |
| | : | |
| **SPRING TREE LENDING, LLC,** | : | |
| | : | |
| Respondent. | : | |
| _____ | : | |

### ORDER DENYING EMERGENCY MOTION FOR RELIEF FROM STAY

Before the Court is the *Emergency Motion (I) Fore Relief from the Automatic Stay to Terminate Debtor's and its Affiliates' Servicing and Collection Activities Under the Funding Agreement and Exercise Available Rights and Remedies; and (II) to Prohibit Use of Cash Collateral and for an Accounting* (the "Motion"), filed by creditor American Credit Acceptance

("ACA") on April 2, 2018. (Doc. 9). Pacific Island Equity Corporation ("Pacific Island") filed a *Response in Opposition and Objection to American Credit Acceptance, LLC's Motion for Stay Relief* on May 30, 2018 (Doc. 45), to which creditor John Marshall filed a *Notice of Joinder of Creditor John Marshall in Objection to American Credit Acceptance LLC's Motion for Stay Relief* on May 30, 2018. (Doc. 46). A hearing on the Motion was held on June 4, 2018. Present at the hearing were George Geeslin, counsel for Debtor; Leslie Pineyro, counsel for Pacific Island; and Erich Durlacher, counsel for ACA. After hearing evidence and argument on behalf of Pacific Island and ACA, the Court concluded that ACA had failed to carry its burden with respect to establishing relief from stay was warranted under § 362(d). Accordingly, for the reasons stated on the record at the hearing, it is

**ORDERED** that the Motion (Doc. 9) is **DENIED**.

The Clerk shall serve a copy of this Order upon Movant, counsel for Movant, Debtor, counsel for Debtor, the United States trustee, and all creditors and parties in interest in the case.

### END OF DOCUMENT