UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| SPRING TREE LENDING, LLC, | ) | CASE NO. 18-55171 - SMS |
| | ) | |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |

**NOTICE OF APPOINTMENT OF CHAPTER 11 TRUSTEE
AND SETTING OF BOND**

Pursuant to the Order of this Court entered on June 5, 2018 (Doc. No. 50) directing the United States Trustee to appoint a chapter 11 trustee in the above-captioned case, the United States Trustee for Region 21 hereby appoints the following person as Chapter 11 Trustee:

> Mark A. Smith
> Vantage Point Advisory, Inc.
> 5565 Glenridge Connector, Suite 200
> Atlanta, GA 30342
> (404) 643-8410
> mark.smith@vantagepointadvisory.com

The bond of the Chapter 11 Trustee will initially be set at $50,000.00. The bond may require adjustment as the trustee collects and liquidates assets of the estate, and the trustee is directed to inform the Office of the United States Trustee when changes to the bond amount are required or made.

This appointment is made on June 7, 2018.

                              DANIEL M. MCDERMOTT
                              UNITED STATES TRUSTEE
                              REGION 21

                              By: /s/
                              Lindsay P. S. Kolba
                              Georgia Bar No. 541621
                              United States Department of Justice
                              Office of the United States Trustee
                              Suite 362, Richard B. Russell Building
                              75 Ted Turner Drive SW
                              Atlanta, Georgia 30303
                              Tel.: (404) 331-4437, ext. 152
                              lindsay.p.kolba@usdoj.gov